[No. 540-3.    Division Three.    January 3, 1974.]

STANDARD LUMBER COMPANY, *Respondent*, v. PETER ENG *et al., Appellants*.

Appeal from a judgment of the Superior Court for Whitman County, No. 25673, George H. Freese, J., entered De-

cember 17, 1971. *Affirmed* by unpublished opinion per Green, C.J., concurred in by Munson and McInturff, JJ.